IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 13-cv-02581-RPM-CBS

MISTY MEINTS

    Plaintiff,

v.

NORTH AMERICAN RECOVERY,

    Defendant.

_____

ORDER VACATING ORDER OF REFERENCE
_____

The defendant having filed a motion for summary judgment, it is

ORDERED that the Order of Reference to Magistrate Judge Craig B. Shaffer entered on September 24, 2013, is vacated.

DATED: May 14th, 2014

                BY THE COURT:

                s/Richard P. Matsch
                _____
                Richard P. Matsch, Senior District Judge