IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 13-cv-02581-RPM

MISTY MEINTS,

    Plaintiff,

v.

NORTH AMERICAN RECOVERY,

    Defendant.

_____

ORDER GRANTING SUMMARY JUDGMENT OF DISMISSAL
_____

Pursuant to the briefing filed on the motion for summary judgment filed by Defendant North American Recovery on May 13, 2014, it appears that the plaintiff seeks recovery under 15 U.S.C. § 1692c(b) based on a telephone conversation between a representative of the defendant and a neighbor of the plaintiff, a transcript of which is attached as Exhibit E to the defendant's motion. The contention made is that by referring to a "personal business matter" is a communication about a debt under the F.D.C.P.A. The contention is without merit. The full quotation from the transcript is as follows:

    MISS SLUTSKY: Is it an emergency?

    JAMIE: No, no, no, nothing like that. I'm just trying to update her. There's been a new development on a personal business matter of hers and I'm just trying to get a hold of her on that number.

Because the plaintiff has failed to produce any support for the contentions made in the complaint and the support for the claim under 15 U.S.C. § 1692c(b) is inadequate, it is

ORDERED that the defendant's motion for summary judgment is granted and judgment shall enter for the defendant dismissing this civil action with the award of costs.

DATED: June 19th, 2014

        BY THE COURT:

        s/Richard P. Matsch
        _____
        Richard P. Matsch, Senior District Judge