IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 13-cv-02581-RPM

MISTY MEINTS

    Plaintiff,

v.

NORTH AMERICAN RECOVERY,

    Defendant.

_____

## JUDGMENT
_____

Pursuant to the Order Granting Summary Judgment of Dismissal entered by Senior District Judge Richard P. Matsch on June 19, 2014, it is

ORDERED AND ADJUDGED that judgment is entered for the Defendant North American Recovery and against the Plaintiff Misty Meints. Defendant is awarded costs upon the filing of a bill of costs within 14 days. This civil action is dismissed.

DATED:   June 19th, 2014

        FOR THE COURT:

        JEFFREY P. COLWELL, Clerk

           s/M. V. Wentz
        By_____
                Deputy